MAY 3, 1999

No. 98–1284.  SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* GRIJALVA ET AL.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *American Mfrs. Mut. Ins. Co.* v. *Sullivan, ante,* p. 40; §§ 4001 and 4002 of the Balanced Budget Act of 1997, Pub. L. 105–33, 111 Stat. 275–330; and the regulations of the Secretary of Health and Human Services implementing those provisions.

No. D–2033.  IN RE DISBARMENT OF BALDRIDGE.  Disbarment entered.  [For earlier order herein, see 525 U. S. 1134.]

No. D–2035.  IN RE DISBARMENT OF GOULD.  Disbarment entered.  [For earlier order herein, see 525 U. S. 1134.]

No. D–2045.  IN RE DISBARMENT OF HOLLANDER.  Disbarment entered.  [For earlier order herein, see 525 U. S. 1136.]

No. D–2047.  IN RE DISBARMENT OF HESS.  Disbarment entered.  [For earlier order herein, see 525 U. S. 1175.]

No. D–2048.  IN RE DISBARMENT OF WOLOSIN.  Disbarment entered.  [For earlier order herein, see 525 U. S. 1175.]

No. D–2050.  IN RE DISBARMENT OF PHILLIPS.  Disbarment entered.  [For earlier order herein, see *ante,* p. 1002.]

No. D–2069.  IN RE DISBARMENT OF WALKER.  Sheldon Irwin Walker, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2070.  IN RE DISBARMENT OF CONLON.  Benjamin V. R. Conlon, of Lake Norman, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,